■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL BONILLA, Appellant. [625 NYS2d 900] —Upon remittitur from the Court of Appeals, judgment, Supreme Court, Bronx County (George D. Covington, J.), rendered March 27, 1991, unanimously affirmed. The order of this Court entered herein on December 21, 1993 (199 AD2d 153), is hereby recalled and vacated. No opinion. Concur—Sullivan, J. P., Wallach, Kupferman and Tom, JJ.